# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ALEXANDER MARTIN,  ) | |
|     Plaintiff, ) | Civil Action No. 7:08-cv-00488 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. COLIN ANGLIKER, et. al., ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and § 1367(c), and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of August, 2008.

/s/ James C. Turk
Senior United States District Judge